UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJIT BHAMBRA,<br><br>        Plaintiff,<br><br>v.<br><br>SUSAN YVONNE ILLSTON, et al.,<br><br>        Defendants. | Case No. 23-cv-00157-VC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 1 |

The complaint is obviously frivolous, and so it is dismissed for lack of subject-matter jurisdiction. *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998); *Arnold v. United States*, No. 19-CV-05147-SVK, 2020 WL 732995, at *2 (N.D. Cal. Feb. 13, 2020).

Dismissal is without leave to amend. *Bonin v. Calderon*, 59 F.3d 815, 845 (9th Cir. 1995) ("Futility of amendment can, by itself, justify the denial of a motion for leave to amend."). No further filings from Bhambra will be considered; if he disagrees with this ruling, he may appeal.

**IT IS SO ORDERED.**

Dated: February 1, 2023

_____
VINCE CHHABRIA
United States District Judge