UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJIT BHAMBRA,<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN YVONNE ILLSTON, et al.,<br><br>        Defendant. | 23-cv-00157-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case, now enters judgment. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 1, 2023

VINCE CHHABRIA
United States District Judge